UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CIV. S-13-2343 LKK/KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DONALD M. WANLAND, JR., | |
| Defendant. | |

The court is in receipt of defendant's <u>ex parte</u> application for an extension of time to file a responsive pleading (ECF No. 10), and the Government's Statement of Non-opposition to the application (ECF No. 11).

Accordingly the court ORDERS as follows:

1. Defendant's application is **GRANTED**; and
2. Defendant's time to file a responsive pleading to the Complaint is extended to January 25, 2014.

IT IS SO ORDERED.

DATED: January 8, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1