1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          No.  CIV. S-13-2343 LKK/KJN

12              Plaintiff,

13      v.                              **ORDER**

14   DONALD M. WANLAND, JR.,

15              Defendant.

16

17       The court is in receipt of defendant's second application

18   for a 30-day extension of time to file a responsive pleading (ECF

19   No. 13).  The Government has filed a Statement of Non-opposition

20   to the application, but requests that the Status (Pretrial

21   Scheduling) Conference be continued in light of the requested

22   extensions (ECF No. 15).

23       Accordingly the court ORDERS as follows:

24       1.   Defendant's application is **GRANTED**;

25       2.   Defendant's time to file a responsive pleading to the

26   Complaint is **EXTENDED** to February 24, 2014; and

27       3.   The Order Setting Status (Pretrial Scheduling)

28   Conference (ECF No. 8), is hereby amended to **CONTINUE** the

1

1   conference from March 3, 2014 to May 12, 2014 at 2:00 p.m.

2   Status reports are due fourteen (14) days preceding the new date

3   of the conference.

4          IT IS SO ORDERED.

5          DATED:  February 10, 2014.

6

7

8

9

10          LAWRENCE K. KARLTON
            SENIOR JUDGE
11          UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2