UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cv-2343-LKK-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| DONALD M. WANLAND, JR., | |
| Defendant. | |

The United States commenced this action on November 13, 2013, primarily seeking to reduce certain federal income tax assessments to judgment. (See Complaint, ECF No. 1.) After the court denied defendant Donald M. Wanland, Jr.'s motion to dismiss the action, defendant, who is presently incarcerated and proceeds without counsel, answered the complaint on August 22, 2014. (ECF No. 28.)

Pursuant to Federal Rule of Civil Procedure 16, IT IS HEREBY ORDERED that:

1. Within 60 days of this order, the parties shall meet and confer, and file a joint status report briefly describing the case and addressing the following topics: (a) service of process; (b) possible joinder of additional parties; (c) any expected or desired amendment of the pleadings; (d) jurisdiction and venue; (e) anticipated motions and their scheduling; (f) the report required by Fed. R. Civ. P. 26 outlining the proposed discovery plan and its scheduling, including initial disclosures and disclosure of expert

1

witnesses; (g) future proceedings, including setting appropriate cut-off dates for discovery and law and motion, the scheduling of a pretrial conference and trial, and whether the trial should proceed as a jury trial or bench trial; (h) special procedures, if any; (i) estimated trial time; (j) modifications of standard pretrial procedures due to the simplicity or complexity of the proceedings; (k) whether the case is related to any other cases, including bankruptcy; (l) whether a settlement conference should be scheduled, including whether the parties desire an early settlement conference; (m) whether the parties wish to consent or decline to the jurisdiction of the assigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c); and (n) any other matters that may add to the just and expeditious disposition of this matter.

2. In light of defendant's incarceration, the court declines to set a status (pretrial scheduling) conference at this juncture and anticipates scheduling the case based on the parties' joint status report, unless the court subsequently deems a status conference necessary.

3. The parties are cautioned that failure to obey the Federal Rules of Civil Procedure, the court's Local Rules, or any order of this court may result in dismissal of the action, a default judgment, or any other appropriate sanctions.

IT IS SO ORDERED.

Dated:  August 26, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE