IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DONALD M. WANLAND, JR.<br><br>　　　Defendant. | Case No. 2:13-cv-02343 KJM KJN PS<br><br>ORDER ON UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO TAKE DEPOSITION OF INCARCERATED PERSON |

　　　Before the Court is the United States of America's motion pursuant to Fed. R. Civ. P. 30(a)(2)(B) for leave to take the deposition of defendant Donald M. Wanland, Jr., who is confined in prison.  (ECF No. 35.)  Based upon the representations of government counsel that the deposition is necessary to explore the responses defendant gave to written discovery, and that preliminary arrangements for the deposition have been made with the Bureau of Prisons, the motion is GRANTED.  Accordingly, the deposition of Donald M. Wanland, Jr., may go forward, subject to such reasonable conditions as may be imposed by the Bureau of Prisons.

IT IS SO ORDERED.  This order resolves ECF No. 35.

Dated:  August 6, 2015

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE