1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                  No.  2:13-cv-2343-KJM-KJN PS

12              Plaintiff,

13         v.                                    ORDER

14    DONALD M. WANLAND, JR.,

15              Defendant.

16

17         On September 24, 2015, the court granted in part defendant's motion for a protective

18    order and directed that defendant, who is incarcerated, be permitted to appear by telephone at the

19    United States' deposition of defendant's former accountant.  (ECF No. 46.)  On September 30,

20    2015, defendant filed objections to that order, contending that he should have been allowed to be

21    present in person at that deposition.  (ECF No. 47.)

22         Because defendant's objections are without merit, they are OVERRULED.  Additionally,

23    the court notes that the September 30, 2015 discovery completion deadline has now passed.  (ECF

24    No. 34.)  No further discovery motions will be entertained in this case.  Defendant is strongly

25    encouraged to instead focus his efforts on preparing the case for trial.

26         IT IS SO ORDERED.

27    Dated:  October 2, 2015

28
                                               _____
                                             1  KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE