UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DONALD M. WANLAND, JR.,<br><br>  Defendant. | No.  2:13–cv–2343–KJM–KJN PS<br><br>ORDER<br><br>(ECF No. 130) |

Pursuant to the district judge's order regarding reopening of the case (ECF No. 130), it is HEREBY ORDERED that:

1. By September 8, 2020, the parties shall meet and confer to discuss: (a) a briefing schedule for the issue outlined in District Judge Mueller's order; as well as (b) any other issues that should be considered, including the possibility of settlement;

2. By September 15, 2020, the government shall submit to the court a proposed briefing schedule as agreed to by the parties.  This filing may include statements from the parties regarding their positions on any ancillary issues that arose during their conferring.

Dated:  August 25, 2020

wanl.2343

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1