UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD M. WANLAND, JR.,<br><br>Defendant. | No.  2:13–cv–2343–KJM–KJN PS<br><br>ORDER<br><br>(ECF No. 132) |

BASED ON THE Unopposed Motion for a Forty-Five (45) Day Extension of Time (ECF No. 132) and good cause appearing therefore, the meet and confer deadline of September 8, 2020, that is set forth in the Court's August 25, 2020 Order (ECF #131) is extended until October 23, 2020, and the September 15, 2020 deadline to submit a proposed briefing schedule is extended until October 30, 2020.

IT IS SO ORDERED.

Dated: September 2, 2020

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wanl.2343

1