IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DONALD M. WANLAND, JR.<br><br>Defendant. | Case No. 2:13-cv-02343 KJM KJN<br><br>ORDER DIRECTING THE ENTRY OF JUDGMENT AGAINST THE DEFENDANT |

BASED ON THE Stipulation that was filed on August 27, 2021 between the United States of America ("United States") - the plaintiff in this matter - and Donald M. Wanland, Jr. ("Donald Wanland") - the defendant, the Clerk of the Court is directed to enter a judgment in favor of the United States and against Donald Wanland for income tax liabilities related to his 1998, 2000, 2001, 2002 and 2003 tax years in the amount of $1,065,493.30, as of May 1, 2016, plus accrued interest and other statutory additions after that date, less any credits or payments after that date.  The $1,065,493.30 amount owed is non-dischargeable under federal law (*e.g.*, under bankruptcy law - Title 11, U.S.C.).

   IT IS SO ORDERED.

DATED:   September 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE